UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 17-0993-AG(JCGx): Date March 26, 2018

Title MICHAEL POLSKY v VINOD RAMNANI, ET AL

Present: The Honorable ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Allen Grodsky<br>Devon Eggert, PHV | Kelly Biggins<br>Jonathan Young, PHV<br>Bilal Zaheer |

**Proceedings:** 1. DEFENDANTS' MOTION TO TRANSFER THE ACTION PURSUANT TO 18 USC §§ 1404(a) AND 1412 [DKT 39]
2. DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER FRCP 12(b)(6) [DKT 38]

Cause is called for hearing and counsel make their appearances. Matter is argued. The Court orders that the tentative ruling shall become the order of the Court. A separate order DENYING motion to transfer and GRANTING motion to dismiss to issue.

: 10

Initials of Preparer lmb