# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL POLSKY, as the Litigation Trustee of the CS Estate, Inc., f/k/a Cardiac Science Corporation Litigation Trust, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> VINOD RAMNANI, an individual, THOMAS DIETIKER, an individual, NISHITA PATEL, an individual, and JAYESH PATEL, an individual, <br><br> Defendants/Counter-Claimants. | Case No. 8:17-cv-00993-AG-JCG <br><br> Hon. Andrew J. Guilford <br><br> **ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION** <br><br> Complaint filed: June 9, 2017 <br> Trial date: None set |

## **ORDER**

The Court having considered the Joint Stipulation of Voluntary Dismissal of Action and for good cause appearing:

**IT IS HEREBY ORDERED THAT:**

This action is dismissed with prejudice with each party to bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

Date: March 15, 2019

_____
Hon. Andrew J. Guilford
U.S. District Judge